UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**FAIRBROOK LEASING, INC.,**
**a Delaware Corporation;**
**LAMBERT LEASING, INC.,**
**a Delaware Corporation; and**
**SWEDISH AIRCRAFT**
**HOLDINGS AB, a Swedish**
**Corporation,**

               **Plaintiffs,**       **MEMORANDUM AND ORDER**

v.                                 **Civil No. 04-3791 (MJD/FLN)**

**MESABA AVIATION, INC.,**
**a Minnesota Corporation,**

               **Defendant.**

---

Brooks F. Poley, David M. Aafedt, & Thomas H. Boyd, Winthrop & Weinstine, PA on behalf of Plaintiffs.

Andrew M. Luger and William J. Otteson, Greene Espel, and Jeffrey A. Eyres, Leonard Street & Deinard on behalf of Defendant.

---

On October 13, 2005, Defendant Mesaba Aviation, Inc. applied for debtor protection under Chapter 11 of the Bankruptcy Code. The application is currently pending in the United States Bankruptcy Court for the District of Minnesota. Mesaba's application operates as a stay of the instant case that is currently before this Court. 11 U.S.C. § 362(a)(6).

1

Accordingly, it is **HEREBY ORDERED** that the proceedings in this case are **STAYED** pending resolution of Defendant Mesaba Aviation's bankruptcy proceedings.

Dated: October 26, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court
